1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Isabel Christina Flores

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE LEO S. PAPAS)**

11 | UNITED STATES OF AMERICA,        ) | Case No. 07MJ2988-01
                                      )
12 |        Plaintiff,                )
                                      )
13 | v.                               ) | **CERTIFICATE OF SERVICE**
                                      )
14 | ISABEL CHRISTINA FLORES,         )
                                      )
15 |        Defendant.                )
   |_____    )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov
20

21                                    Respectfully submitted,

22

23 DATED:     December 31, 2007        /s/ Carey D. Gorden
                                       **CAREY D. GORDEN**
24                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Isabel Christina Flores
25

26

27

28